# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE INDEPENDENCE PROJECT, INC., et al., ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> HERBST DEVELOPMENT, LLC, ) <br> ) <br> Defendant(s). ) <br> _____ ) | Case No. 2:13-cv-1977-JCM-NJK <br><br> ORDER DENYING STIPULATION TO EXTEND <br><br> (Docket No. 9) |

Pending before the Court is a stipulation to extend the deadline to file a response to the complaint. Docket No. 9. Stipulations to extend Court deadlines are not effective absent Court approval. *See* Local Rule 7-1(b). A showing of "good cause" is required for requests to extend deadlines. *See* Fed. R. Civ. P. 6(b)(1). The pending stipulation provides no reason whatsoever for the requested extension, so the Court cannot find good cause exits. Accordingly, it is hereby DENIED without prejudice.[1]

IT IS SO ORDERED.

DATED: December 3, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] The Court recently explained to counsel for both parties here that stipulations for extensions must contain the reason for the extension. *See Independence Project Inc. v. Spring Oaks Shopping Center*, 2:13-cv-1446-JCM-NJK (Docket No. 11) ("Pending before the Court is a stipulation to extend the deadline to file an answer. Docket No. 10. Stipulations to extend Court deadlines are not effective absent Court approval. *See* Local Rule 7-1(b). A showing of "good cause" is required for requests to extend deadlines. *See* Fed. R. Civ. P. 6(b)(1). . . . The parties provide no reason whatsoever for the requested extension, so the Court cannot find good cause exists.")